IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Frank C. Carlucci, III                       )
                                             )                1:12cv451 (JCC/TCB)
                    Plaintiff,               )
                                             )
v.                                           )
                                             )
Michael S. Han, et al                        )
                    Defendants.              )


ORDER


        Upon consideration of the April 17, 2013, Report and Recommendation of the United

States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed

within fourteen days, and upon an independent review of the record, it is hereby

        ORDERED that the court adopts as its own the findings of fact and accepts the

recommendation of the United States Magistrate Judge.   The Clerk of Court shall enter default judgment in

favor of the Plaintiff and against the defendants Michael S. Han and Environ, Inc, on counts I, III and IV.


                                             _____/s/_____
                                                   James C. Cacheris
                                              United States District Judge


Alexandria, Virginia
May 9, 2013